IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  09-cv-02648-REB-KLM

DAVID LESTER, PH.D.,

    Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAOS V. LAZARIDIS, PH.D., and
GERALD J. VARDZEL, JR.,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before me is plaintiff's notice and request, in the form of a letter [#28] dated and filed February 9, 2010, to dismiss without prejudice certain claims within Count 1 of plaintiff's **First Amended Civil Action Complaint** [#9] filed December 14, 2009.  After careful review of the request and the file, I conclude that the request should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That plaintiff's notice and request, in the form of a letter [#28] dated and filed February 9, 2010, to dismiss without prejudice certain claims within Count 1 of plaintiff's **First Amended Civil Action Complaint** [#9] filed December 14, 2009, is **GRANTED**;

    2.  That any and all claims against the individual defendants, Alfred C. Pollack, III, Nicholaos V. Lazaridis, Ph.D., and Gerald J. Vardzel, Jr., with respect to Count 1 of the First Amended Complaint are **DISMISSED WITHOUT PREJUDICE**;

      3.  That any and all claims for severance pay, reimbursement of travel expenses and health care costs against all defendants with respect to Count 1 of the plaintiff's First Amended Complaint, are **DISMISSED WITHOUT PREJUDICE**; and

      4.  That the remaining claims within Count 1 of plaintiff's First Amended Complaint **SHALL NOT BE AFFECTED** by this order.

      Dated February 10, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge