IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02648-REB-KLM

DAVID LESTER, PH.D.,

     Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAOS V. LAZARIDIS, PH.D., and
GERALD J. VARDZEL, JR.,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Modify the Scheduling Order** [Docket No. 49; Filed August 17, 2010] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#24] is modified as follows: the discovery cut off date is extended to November 1, 2010. The dispositive motion deadline is extended to December 1, 2010.

     IT IS FURTHER **ORDERED** that Defendants Pollock, Vardzel, and Larzaridis shall provide their current addresses, telephone numbers and email account information to the Clerk of the Court and Plaintiff's counsel within ten days of this Order.


Dated:  August 18, 2010