IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02648-REB-KLM

DAVID LESTER, PH.D.,

    Plaintiff,

v.

GENE EXPRESS, INC.,
ALFRED C. POLLOCK, III,
NIKOLAOS V. LAZARIDIS, PH.D., and
GERALD J. VARDZEL, JR.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a letter from Defendant Alfred C. Pollock, III, which has been filed as a Motion for Order [Docket No. 54; Filed August 27, 2010] and a letter sent directly to the Court by opposing counsel [Docket No. 56].

    Pursuant to D.COLO.LCivR 77.2, "no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer." The Court will not respond to letters from the parties. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion for Order is **DENIED**.

Dated: August 30, 2010